UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMETRIUS DARBY,

                Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

                Defendant.

Civil Action No. 16-cv-6435(ANT)

## DEFENDANT THE STOP & SHOP SUPERMARKET COMPANY LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Stop & Shop Supermarket Company LLC ("Stop & Shop") (a private non-governmental party) states that Stop & Shop is a Delaware limited liability company whose sole member is Ahold U.S.A., Inc., a Maryland corporation ("AUSA"). No other entity has an ownership interest in Stop & Shop of 10% or more. The ultimate parent of AUSA is Koninklijke Delhaize Ahold N.V., a publicly-traded limited liability company registered in The Netherlands.

No other entity has an ownership interest in AUSA of 10% or more.

Dated: September 19, 2016

                Respectfully submitted,

                SEYFARTH SHAW LLP

                By: *s/ Christopher H. Lowe*
                     Christopher H. Lowe

                620 Eighth Avenue
                New York, New York 10018-1405
                Tel.: (212) 218-5500
                Fax: (212) 218-5526
                clowe@seyfarth.com
                *Attorneys for Defendant*
                *The Stop & Shop Supermarket Company LLC*