USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMETRIUS DARBY,

    Plaintiff,

-against-

THE STOP & SHOP SUPERMARKET COMPANY LLC,

    Defendant.

16-CV-6435 (AT) (BCM)

**MEDIATION REFERRAL ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, it is hereby ORDERED that this case is referred to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 and the Mediation Program Procedures shall govern the mediation. The mediation will have no effect upon any scheduling order issued by the Court.

Dated: New York, New York
      October 18, 2016

SO ORDERED.

_____
BARBARA MOSES
United States Magistrate Judge