# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-5523

Writer's e-mail
clowe@seyfarth.com

February 14, 2017

**VIA ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   *Re:* *Darby v. The Stop & Shop Supermarket Company LLC, 16-cv-6435-AT-BCM*

Dear Judge Moses:

  We represent The Stop & Shop Supermarket Company LLC ("Stop & Shop") in the above-referenced matter.  We submit this joint status letter on behalf of all parties, with the consent of Plaintiff's counsel, in accordance with the Court's February 1, 2017 Order (Doc. No. 20).

  Over the past three months, the parties have actively engaged in written discovery and exchanged document productions.  Plaintiff's deposition is scheduled for March 2, 2017.

  The parties will participate in a mediation session with Attorney Debra Wabnik on February 17, 2017.  In the event the parties do not resolve this action, they anticipate completing discovery by May 26, 2017, as provided in the Initial Case Management and Scheduling Order (Doc. No. 18).

         Respectfully submitted,

         SEYFARTH SHAW LLP


         */s/ Christopher Lowe*


         Christopher Lowe



Honorable Barbara C. Moses
February 14, 2017
Page 2

cc: Owen H. Laird, Esq. The Haman Firm PC , Counsel for Plaintiff